UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SEATTLE PUBLIC SCHOOLS, a public school district in the State of Washington,<br><br>　　　　　　　Defendant. | CASE NO. 2:25-cv-00468-TL<br><br>ORDER ON DOCKET FILINGS |

This matter is before the Court on its own motion. On April 5, 2025, Plaintiff Rosa Maria Cabrera Thompson, proceeding *pro se* (without an attorney), filed nine "exhibits" on the docket, comprising some 56 pages of miscellaneous documents. *See* Dkt. Nos. 11, 12, 13, 14, 15, 16, 17, 18, 19. Each submission has been filed individually, without explanation and without reference to any other papers filed with the Court.

Federal Rule of Civil Procedure 7 contemplates two types of filings—pleadings and motions. *See* Fed. R. Civ. P. 7. In general, a pleading is a complaint or an answer to a complaint (*see* Fed. R. Civ. P. 7(a)), and a motion is a request for a court order (*see* Fed. R. Civ. P. 7(b)).

ORDER ON DOCKET FILINGS - 1

Documents that do not fall into one of these two categories should not be filed on the docket, unless the Court has expressly requested it. *See Chang v. Vanderwielen*, No. C22-13, 2022 WL 2871577, at *1 n.1 (W.D. Wash. July 21, 2022) (advising plaintiff to "refrain from submitting documents or other filings neither requested by the Court, nor allowed under the Court's rules," and refusing to consider "other extraneous filings").

Accordingly, Docket Nos. 11, 12, 13, 14, 15, 16, 17, 18, and 19 are STRICKEN from the docket. As Plaintiff is not an attorney, the Court advises her that going forward, she should not file any documents on the docket unless they are pleadings or motions.

Dated this 8th day of April 2025.

Tana Lin
United States District Judge