Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROSA MARIA CABRERA THOMPSON,

Plaintiff(s),

v.

SEATTLE PUBLIC SCHOOLS, a public school district of the State of Washington; WASHINGTON SCHOOLS RISK MANAGEMENT POOL, a public-school insurer; MISA GARMOE, individually; JOHN CERQUI, individually; LIBBY SIMEON, individually; SARAH J. PRITCHETT, individually; AYRIAN L. HASTINGS, individually; TARANCE HART, individually; SHARONDA WILLINGHAM, individually; SHANNON RAGONESI, individually; SIMONE NEAL, individually; STEPHEN SHURTLEFF, individually; MARK FILIPINI, individually; SHELBY STONER, individually; KRISTA SLOSBURG, individually; ALISON BRYNELSON, individually PATTY DOWD, individually; K&L GATES LLP; KEATON BUCKLIN & MCCORMACK; STOKES LAWRENCE and DOES 1 through 25, inclusive,

Defendant(s).

CASE NO. 2:25-cv-00468-TL

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**
*(FRCP 15(a)(2); LCR 15; Court Order Dkt. 156)*

*Noting Date: May 22, 2026*


Rosa Maria Cabrera Thompson, P.O. Box 275, Maple Valley, WA 98038

Honorable Tana Lin

## I. INTRODUCTION

Plaintiff Dr. Rosa Maria Cabrera Thompson respectfully moves this Court for leave to file a Third Amended Complaint ("TAC") pursuant to Federal Rule of Civil Procedure 15(a)(2), Local Civil Rule 15, and the Court's explicit directive in its Order on Motion to Amend (Dkt. 156, March 31, 2026).

In that Order, the Court granted Plaintiff limited leave to amend and expressly authorized Plaintiff to file a motion seeking leave to file a Third Amended Complaint to cure deficiencies and add claims with adequate factual specificity.

This Motion is filed in direct compliance with that Order.

## II. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. GRANT leave to file the proposed Third Amended Complaint;
2. ACCEPT the TAC as filed upon entry of the Court's Order; and
3. Grant such other relief as the Court deems just and proper.

## III. BACKGROUND

### A. The Court's March 31, 2026 Order

On March 31, 2026, the Court issued its Order on Plaintiff's Motion to Amend.

The Court:

- Granted leave to proceed on certain claims;
- Denied other claims without prejudice due to pleading deficiencies; and


Rosa Maria Cabrera Thompson, P.O. Box 275, Maple Valley, WA 98038

Honorable Tana Lin

- Expressly authorized Plaintiff to file a motion for leave to file a Third Amended Complaint addressing those deficiencies.

Specifically, the Court ordered:

"Should Plaintiff wish to amend her complaint to include claims denied by the Court… she SHALL file a motion for leave to amend… along with a proposed third amended complaint… no later than April 30, 2026."

This Motion is filed pursuant to that directive.

**B. Purpose of the Third Amended Complaint**

The proposed Third Amended Complaint:

1. Cures pleading deficiencies identified by the Court, including:
    - Providing specific factual allegations;
    - Clarifying legal theories;
    - Addressing Rule 12(b)(6) concerns raised in the Order;
2. Refines previously asserted claims consistent with the Court's rulings; and
3. Includes only claims permitted or properly re-pleaded, in compliance with the Court's instructions.

## IV. LEGAL STANDARD

Under Federal Rule of Civil Procedure 15(a)(2):

"The court should freely give leave when justice so requires."

The Ninth Circuit applies this rule with extreme liberality.

Leave should be denied only upon a showing of:


Rosa Maria Cabrera Thompson, P.O. Box 275, Maple Valley, WA 98038

Honorable Tana Lin

- Undue delay;
- Bad faith;
- Prejudice; or
- Futility.

*Foman v. Davis*, 371 U.S. 178, 182 (1962).

## V. ARGUMENT

### A. This Motion Is Expressly Authorized by the Court

Unlike a typical amendment request, this Motion is not discretionary in origin—it is procedurally invited by the Court.

The Court explicitly instructed Plaintiff to file this motion to seek leave for a Third Amended Complaint.

Accordingly, granting leave is consistent with:

- The Court's prior Order; and
- The procedural posture of this case.

### B. Plaintiff Has Cured the Deficiencies Identified by the Court

The Court denied certain claims due to:

- Insufficient factual specificity;
- Lack of legal support; or
- Improper pleading structure.



Rosa Maria Cabrera Thompson, P.O. Box 275, Maple Valley, WA 98038

The proposed TAC remedies those issues by:

- Providing detailed factual allegations supporting each claim;
- Clearly identifying each Defendant's role;
- Aligning claims with governing legal standards;
- Removing or revising claims inconsistent with the Court's Order.

**C. Amendment Is Not Futile**

The proposed TAC states plausible claims supported by:

- Documentary evidence;
- Specific timelines and conduct;
- Identified actors and actions.

At the pleading stage, Plaintiff is only required to meet the plausibility standard under Rule 8, which the TAC satisfies.

**D. There Is No Undue Delay or Prejudice**

This Motion:

- Is filed within the deadline set by the Court;
- Follows directly from the Court's Order;
- Does not introduce unrelated claims; and
- Does not prejudice Defendant, as discovery remains ongoing.

**E. Amendment Serves the Interests of Justice**

Allowing amendment ensures:


Rosa Maria Cabrera Thompson, P.O. Box 275, Maple Valley, WA 98038

Honorable Tana Lin

- Claims are resolved on their merits;
- The record reflects all relevant facts;
- The case proceeds efficiently without duplicative filings.

This aligns with the strong federal policy favoring resolution on the merits.

## VI. CONCLUSION

For the foregoing reasons, and in direct compliance with the Court's March 31, 2026 Order, Plaintiff respectfully requests that the Court grant leave to file the Third Amended Complaint.

**DATED: April 30, 2026**

Respectfully submitted,
/s/ Rosa Maria Cabrera Thompson
Rosa Maria Cabrera Thompson
Pro Se Litigant
P.O. Box 275
Maple Valley, WA 98038
Rosathompson09@hotmail.com
832-238-1534

## VERIFICATION

I, Rosa M. Cabrera Thompson, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Honorable Tana Lin

## CERTIFICATE OF SERVICE

I certify that on this 30th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all parties of record.

/s/Rosa Maria Cabrera Thompson
Rosa Maria Cabrera Thompson
Plaintiff, Pro Se
P.O. Box 275,
Maple Valley, WA 98038
Rosathompson09@hotmail.com
832-238-1534