Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROSA MARIA CABRERA THOMPSON

Plaintiff(s),

v.

SEATTLE PUBLIC SCHOOLS, a public school district of the State of Washington, and WASHINGTON SCHOOLS RISK MANAGEMENT POOL, a public school insurer in the State of Washington,

Defendant(s).

CASE NO. 2:25-cv-00468-TL

**PLAINTIFF'S NOTICE OF DEFAULT AND REQUEST FOR ENTRY OF DEFAULT AGAINST WASHINGTON SCHOOLS RISK MANAGEMENT POOL**

Plaintiff Rosa Maria Cabrera Thompson hereby notifies the Court and Clerk that Defendant Washington Schools Risk Management Pool ("WSRMP") has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

I. FACTUAL BASIS

1. Plaintiff filed and served the Summons and Complaint upon Defendant Washington Schools Risk Management Pool ("WSRMP").



Rosa Maria Cabrera Thompson, P.O. Box 275, Maple Valley, WA 98038

2. WSRMP was served on May 14, 2026.
3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), WSRMP was required to serve an Answer or otherwise respond within twenty-one (21) days after service.
4. WSRMP's response deadline expired on June 4, 2026.
5. As of the filing of this Notice, WSRMP has not filed an Answer, Rule 12 motion, Notice of Appearance, or any other responsive pleading.
6. WSRMP has not sought leave of Court for an extension of time.
7. WSRMP has not obtained a stipulation extending its deadline to respond.
8. WSRMP has therefore failed to plead or otherwise defend within the meaning of Federal Rule of Civil Procedure 55(a).

## II. REQUEST FOR ENTRY OF DEFAULT

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Washington Schools Risk Management Pool pursuant to Federal Rule of Civil Procedure 55(a) and note such default on the docket.

DATED this 8th day of June, 2026.

Respectfully submitted,

/s/ Rosa Maria Cabrera Thompson
Rosa Maria Cabrera Thompson
Plaintiff, Pro Se
P.O. Box 275, Maple Valley, WA 98038
832-238-1534
Rosathompson09@hotmail.com

Honorable Tana Lin

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the United States and the State of Washington that on this date I caused a true and correct copy of the foregoing Notice of Default and Request for Entry of Default to be served upon Washington Schools Risk Management Pool and all parties who have appeared in this action through the Court's CM/ECF system and/or by electronic mail.

DATED this 8th day of June, 2026.

/s/ Rosa Maria Cabrera Thompson

Rosa Maria Cabrera Thompson
Plaintiff, Pro Se
P.O. Box 275, Maple Valley, WA 98038
832-238-1534
Rosathompson09@hotmail.com