Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON,<br><br>Plaintiff(s),<br>v.<br><br>SEATTLE PUBLIC SCHOOLS, a public school district of the State of Washington; MISA GARMOE, individually; JOHN CERQUI, individually; LIBBY SIMEON, individually; AYRIAN L. HASTINGS, individually; TARANCE HART, individually; SHARONDA WILLINGHAM, individually; SHANNON RAGONESI, individually; SIMONE NEAL, individually; STEPHEN SHURTLEFF, individually; MARK FILIPINI, individually,<br><br>Defendant(s). | CASE NO. 2:25-CV-00468-TL<br><br>**PRAECIPE REQUESTING**<br>CLERK'S SIGNATURE<br>**SUMMONSES** |

TO THE CLERK OF COURT:

Pursuant to the Court's Order at Docket No. 2

sign, seal, and issue the attached summonses for the following Defendants:

1. Seattle Public Schools;
2. Misa Garmoe;
3. John Cerqui;
4. Libby Simeon;

5. Ayrian L. Hastings;
6. Tarance Hart;
7. Sharonda Willingham;
8. Shannon Ragonesi;
9. Simone Neal;
10. Stephen Shurtleff; and
11. Mark Filipini.

DATED this 18th day of September 2026.

Respectfully submitted,

/s/Rosa Maria Cabrera Thompson
Rosa Maria Cabrera Thompson
Plaintiff, Pro Se
P.O.Box 275, Maple Valley, WA 98038
832-238-1534
rosathompson09@hotmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, I caused a true and correct copy of the foregoing via CM/ECF on all counsel of record and via email and U.S. Mail to all other parties.

/s/Rosa Maria Cabrera Thompson
Rosa Maria Cabrera Thompson, Plaintiff, Pro Se
P.O. Box 275, Maple Valley, WA 98038
Rosathompson09@hotmail.com
832-238-1534