UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON,<br>Plaintiff(s),<br>v.<br>SEATTLE PUBLIC SCHOOLS, et. al,<br>Defendant(s). | CASE NO. 2:25-CV-00468-TL<br><br>**PLAINTIFF'S PRAECIPE FOR ISSUANCE OF SUBPOENAS TO PRODUCE DOCUMENTS (Fed. R. Civ. P. 45(a)(3))** (clerk's signature requested) |

**TO THE CLERK OF THE COURT:**

Plaintiff Rosa Maria Cabrera Thompson, appearing pro se, respectfully requests that the Clerk of Court sign, pursuant to Fed. R. Civ. P. 45(a)(3), the 1 enclosed subpoena to produce documents in the above-captioned action. The subpoena is presented in completed form as to the name of the person or entity commanded, the documents or information sought, and the place and time

for production, and requires only the Clerk's signature to issue in accordance with Fed. R. Civ. P. 45(a)(3).

The subpoena submitted with this praecipe is directed to the following non-party:

1. Keating, Bucklin & McCormack, Inc. (KBM)

Plaintiff certifies that, pursuant to Fed. R. Civ. P. 45(a)(4), notice of each subpoena together with a copy of the subpoena will be served on all parties in this action before it is served on the person or entity to whom it is directed.

Plaintiff respectfully requests that, upon signature, the Clerk return the signed subpoenas to Plaintiff for completion of service in accordance with the Federal Rules of Civil Procedure.

DATED this 19th day of September, 2026.

Respectfully submitted,

/s/ Rosa Maria Cabrera Thompson
Rosa Maria Cabrera Thompson, Plaintiff, Pro Se
P. O. Box 275, Maple Valley, WA 98038
832-238-1534 | rosathompson09@hotmail.com

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2026, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

s/ Rosa Maria Cabrera Thompson
Rosa Maria Cabrera Thompson, Pro Se Plaintiff
P.O. Box 275
Maple Valley, WA 98038
Tel: 832-238-1534
Email: rosathompson09@hotmail.com