UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON,<br>Plaintiff,<br>v.<br>SEATTLE PUBLIC SCHOOLS, a public school district in the State of Washington, et al.,<br>Defendants. | CASE NO. 2:25-cv-00468-TL<br><br>ORDER REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE |

This action is assigned to the Honorable Tana Lin, United States District Judge. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a United States Magistrate Judge, as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("MJR") 3(a), the Court hereby refers to the Honorable Brian A. Tsuchida, United States Magistrate Judge, all discovery-related matters. Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge Tsuchida's rulings concerning any non-dispositive motions. *See* LCR 72(a); MJR 3(b).

Accordingly, the Court ORDERS that the above-entitled action be referred to Magistrate Judge Tsuchida for the specific purposes and types of motions described herein, including but not limited to Plaintiff's Motion to Compel (Dkt. No. 175).

Dated this 21st day of October 2026.

Tana Lin
United States District Judge