Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROSA MARIA CABRERA THOMPSON,

Plaintiff,

v.

SEATTLE PUBLIC SCHOOLS, a public school district of the State of Washington; MISA GARMOE, individually; JOHN CERQUI, individually; LIBBY SIMEON, individually; AYRIAN L. HASTINGS, individually; TARANCE HART, individually; SHARONDA WILLINGHAM, individually; SHANNON RAGONESI, individually; SIMONE NEAL, individually; STEPHEN SHURTLEFF, individually; MARK FILIPINI, individually,

Defendants.

CASE NO. 2:25-CV-00468-TL

**PRAECIPE REQUESTING CLERK'S SIGNATURE ON SUMMONSES**

TO THE CLERK OF COURT:

Pursuant to the Court's Order at Docket No. 2, Plaintiff Rosa Maria Cabrera Thompson, pro se, respectfully requests that the Clerk sign, seal, and issue the summonses attached hereto as Exhibit A for the following Defendants:

1. Seattle Public Schools;
2. Misa Garmoe;
3. John Cerqui;
4. Libby Simeon;

5. Ayrian L. Hastings;
6. Tarance Hart;
7. Sharonda Willingham;
8. Shannon Ragonesi;
9. Simone Neal;
10. Stephen Shurtleff; and
11. Mark Filipini.

DATED this 27th day of October, 2026.

Respectfully submitted,

/s/ Rosa Maria Cabrera Thompson
Rosa Maria Cabrera Thompson
Plaintiff, Pro Se
P.O. Box 275, Maple Valley, WA 98038
832-238-1534
rosathompson09@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, I caused a true and correct copy of the foregoing Praecipe Requesting Clerk's Signature on Summonses, together with Exhibit A, to be served via CM/ECF on all counsel of record and via email and U.S. Mail on all other parties.

/s/ Rosa Maria Cabrera Thompson
Rosa Maria Cabrera Thompson, Plaintiff, Pro Se
P.O. Box 275, Maple Valley, WA 98038
rosathompson09@hotmail.com
832-238-1534