AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| ROSA MARIA CABRERA THOMPSON<br><br>*Plaintiff(s)*<br>v.<br>SEATTLE PUBLIC SCHOOLS, a public school district of the State of Washington,<br><br>*Defendant(s)* | ) | Civil Action No. 2:25-CV-00468-TL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Seattle Public Schools
2445 3rd Ave S
Seattle, WA 98134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com

P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

[signature]
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| ROSA MARIA CABRERA THOMPSON<br>*Plaintiff(s)*<br>v.<br>MISA GARMOE, individually,<br>Seattle Public Schools, et. al.,<br>*Defendant(s)* | ) | Civil Action No. 2:25-CV-00468-TL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Misa Garmoe
2445 3rd Ave S.
Seattle, WA 98134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com

P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

ROSA MARIA CABRERA THOMPSON

*Plaintiff(s)*

v.

JOHN CERQUI, individually,
Seattle Public Schools, et. al.,

*Defendant(s)*

Civil Action No. 2:25-CV-00468-TL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Cerqui
4800 Sand Point Way NE
Seattle, WA 98105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com

P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

ROSA MARIA CABRERA THOMPSON

*Plaintiff(s)*

v.

LIBBY SIMEON, individually,

Seattle Public Schools, et. al.,

*Defendant(s)*

Civil Action No. 2:25-CV-00468-TL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Libby Simeon
2445 3rd Ave S.
Seattle, WA 98134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com

P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

*Signature of Clerk or Deputy Clerk*

Honorable Tana Lin



# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON<br>*Plaintiff(s)*<br>v.<br>AYRIAN L. HASTINGS, individually,<br>Seattle Public Schools, et. al.,<br>*Defendant(s)* | Civil Action No. 2:25-CV-00468-TL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ayrian Hastings
2445 3rd Ave. S
Seattle, WA 98134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com

P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

ROSA MARIA CABRERA THOMPSON

*Plaintiff(s)*

v.

TARANCE HART, individually
Seattle Public Schools, et. al.,

*Defendant(s)*

Civil Action No. 2:25-CV-00468-TL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tarance Hart
400 23rd Ave
Seattle, WA 98122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com
P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| ROSA MARIA CABRERA THOMPSON<br>*Plaintiff(s)*<br>v.<br>SHARONDA WILLINGHAM, individually,<br>Seattle Public Schools, et. al.,<br>*Defendant(s)* | ) | Civil Action No. 2:25-CV-00468-TL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Sharonda Willingham
2445 3rd Ave S.
Seattle, WA 98134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com
P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

*Signature of Clerk or Deputy Clerk*

Honorable Tana Lin

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| ROSA MARIA CABRERA THOMPSON<br>*Plaintiff(s)*<br>v.<br>SHANNON RAGONESI, individually,<br>Seattle Public Schools, et. al.,<br>*Defendant(s)* | ) | Civil Action No. 2:25-CV-00468-TL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Shannon Ragonesi
1201 3rd Ave, ste 1580
Seattle, WA 98101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com

P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

ROSA MARIA CABRERA THOMPSON

*Plaintiff(s)*

v.

SIMONE NEAL, individually,
Seattle Public Schools, et. al.,

*Defendant(s)*

Civil Action No. 2:25-CV-00468-TL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Simone Neal
9401 Sharon Dr
Everett, WA 98204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com

P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

[signature] *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

ROSA MARIA CABRERA THOMPSON

*Plaintiff(s)*

v.

STEPHEN SHURTLEFF, individually,
Seattle Public Schools, et. al.,

*Defendant(s)*

Civil Action No. 2:25-CV-00468-TL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stephen Shurtleff
9401 Sharon Dr
Everett, WA 98204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com

P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

ROSA MARIA CABRERA THOMPSON

*Plaintiff(s)*

v.

MARK FILIPINI, individually,
Seattle Public Schools, et. al.,

*Defendant(s)*

Civil Action No. 2:25-CV-00468-TL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mark Filipini
1420 5th Ave, Ste 1400
Seattle, WA 98101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosa Maria Cabrera Thompson, Plaintiff Pro Se at rosathompson09@hotmail.com
P.O. BOX 275, Maple Valley, WA 98038
832-238-1534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2026

*Signature of Clerk or Deputy Clerk*