Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSA MARIA CABREA THOMPSON,<br><br>Plaintiff (s),<br><br>v.<br><br>SEATTLE PUBLIC SCHOOLS, a public school district of the State of Washington; WASHINGTON SCHOOLS RISK MANAGEMENT POOL, a public-school insurer; MISA GARMOE, individually; JOHN CERQUI, individually; LIBBY SIMEON, individually; SARAH J. PRITCHETT, individually; AYRIAN L. HASTINGS, individually; TARANCE HART, individually; SHARONDA WILLINGHAM, individually; SHANNON RAGONESI, individually; SIMONE NEAL, individually; STEPHEN SHURTLEFF, individually; MARK FILIPINI, individually; SHELBY STONER, individually; KRISTA SLOSBURG, individually; ALISON BRYNELSON, individually PATTY DOWD, individually; K&L GATES LLP; KEATON BUCKLIN & MCCORMACK; STOKES LAWRENCE and DOES 1 through 25, inclusive,<br><br>Defendant(s). | Case No. 2:25-cv-00468-TL<br><br>NOTICE OF APPEARANCE ON BEHLAF OF MARK S. FILIPINI<br><br>**[CLERK'S ACTION REQUIRED]** |

TO: CLERK OF THE COURT

AND TO: PLAINTIFF ROSA MARIA CABRERA THOMPSON

PLEASE TAKE NOTICE that Mark S. Filipini, without waiving objections as to improper service or jurisdiction, hereby enters his appearance in the above-titled action by the undersigned



**Arnold & Porter**
1420 5th Avenue, Suite 1400
Seattle, WA 98101
UNITED STATES OF AMERICA
Telephone: +1 206.288.0110

attorneys. You are requested to serve all further papers and pleadings in this matter upon the following attorneys.

Ryan Groshong
1420 5th Avenue, Suite 1400
Seattle, WA 98101
(206) 288-0110
ryan.groshong@arnoldporter.com

DATED this 11th day of November, 2026.

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/Ryan Groshong*
Ryan Groshong, WSBA No. # 44133
1420 5th Avenue, Suite 1400
Seattle, WA 98101
(206) 288-0110
ryan.groshong@arnoldporter.com
*Attorney for Mark S. Filipini*